Court of Criminal Appeals of Texas.
April 1, 1953.

## RANDELL v. STATE.
### No. 26311.

Court of Criminal Appeals of Texas.
April 1, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of whiskey for the purpose of sale in a dry area, with a prior offense alleged to enhance the punishment; the punishment, six months in jail and a fine of $300.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.